Order issued September *18* , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00863-CR

FRANK LAWRENCE CROUSE, Appellant

V.

THE STATE OF TEXAS, Appellee

## ORDER

The Court **GRANTS** appellant's August 30, 2012 motion for extension of time to file the reporter's record.

CAROLYN WRIGHT
CHIEF JUSTICE